**Francisco Javier BARRAZA-GOMEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–70859.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 28, 2011.

Francisco Javier Barraza–Gomez, Merced, CA, pro se.

Philippe Dwelshauvers, Esquire, Fresno, CA, for Petitioner.

Elizabeth Do Kurlan, Office of Immigration Litigation, Edward C. Durant, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

MEMORANDUM **

Francisco Javier Barraza–Gomez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") removal order.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Khan v. Holder,* 584 F.3d 773, 776 (9th Cir.2009), and we deny the petition for review.

Substantial evidence supports the agency's determination that Barraza–Gomez is removable under 8 U.S.C. § 1227(a)(1)(A), and that he gave false testimony for the purpose of obtaining an immigration benefit, precluding him from demonstrating good moral character under 8 U.S.C. § 1101(f)(6). *See Ramos v. INS,* 246 F.3d 1264, 1266 (9th Cir.2001).

Petitioner's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.